## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA CHAVEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br><br>                              Defendant. | Case No.:  20-CV-1353 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 9]** |

   Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 9] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

   **IT IS SO ORDERED**.

Dated:  December 16, 2020

Hon. Thomas J. Whelan
United States District Judge